IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORLANDO CRUZ-LABOY, et al.,<br><br>      Plaintiff<br><br>         v.<br><br>DYNCORP INTERNATIONAL, INC., et al.,<br><br>      Defendants | CIVIL NO. 07-1038 (JP) |

**FINAL JUDGMENT**

The Court has before it Plaintiffs' "Notice of Voluntary Dismissal" (**No. 15**). In the Notice, Plaintiffs inform the Court that the above-captioned case was settled by a confidential agreement between all parties.

The Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint and all the claims exercised therein. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 25th day of June, 2007.

                                                  s/Jaime Pieras, Jr.
                                                      JAIME PIERAS, JR.
                                               U.S. SENIOR DISTRICT JUDGE